BEFORE THE FIRST DIVISION, MARCH 17, 1943

**No. 48104.**—Protest 23726–K of Westergaard, Berg-Johnsen Co. (New York).

Opinion by COLE, J.   The only testimony produced was that of the warehouse foreman of the plaintiff-corporation, who identified a sample of the merchandise which was received in evidence as collective exhibit 1, and which bears the label "Cod-Roe-Caviar—Paste," and testified that it consists of the roe of codfish mixed with rice, flour, and spices.   A report of the qualitative and quantitative analysis of the merchandise (exhibit 2) revealed nothing germane to the issue presented herein.   The meagre record was found not sufficient to support the burden upon the plaintiff.   The protest was therefore overruled and the decision of the collector affirmed.

BEFORE THE SECOND DIVISION, MARCH 17, 1943

**No. 48105.**—Protests 92492–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following Abstract 38680 the marcel irons in question were held dutiable as household utensils at 40 percent under paragraph 339, as claimed.   It was also stipulated that the banks in question are similar to those the subject of Abstract 42749. They were therefore held dutiable as hollow ware at 40 percent under paragraph 339, as claimed.

**No. 48106.**—Protests 67376–K, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.   Following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained as to this item.

**No. 48107.**—Protests 982846–G, etc., of Eurasia Import Co. (New York).

Opinion by TILSON, J.   Following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained as to this item.

**No. 48108.**—Protests 993455–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J.   Following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the protests were sustained as to this item.